UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALLEN TUCKER, | No. 2:18-cv-0035 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, SACRAMENTO STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel. On October 24, 2018, petitioner filed a motion for an extension of time to file and serve an opposition to respondent's October 15, 2018 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 21) is granted; and

2. Petitioner shall file and serve his opposition within thirty days from the date of this order.

Dated: October 29, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuck0035.111