UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALLEN TUCKER,<br><br>Petitioner,<br><br>v.<br><br>JOSE GASTELO,<br><br>Respondent. | No. 2:18-cv-0035 TLN KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2019, petitioner filed a motion to voluntarily withdraw this petition.

Accordingly, IT IS HEREBY ORDERED that respondent notify this court, within seven days, whether he has any objection to the dismissal of this action. Should defendants fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: November 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/tuck0035.fb

1