UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALLEN TUCKER, | No. 2:18-cv-0035 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| JOSE GASTELO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, requested that this action be dismissed. On November 8, 2019, respondent filed a statement of non-opposition to the dismissal. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 41) is granted.

2. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

3. The Clerk of the Court shall terminate all pending motions and close this action.

Dated: November 21, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tuck0035.159

1